**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Dejiayun Network Technology Co., Ltd., a Chinese Corporation | ) ) ) |
| Plaintiff, | ) Case No. 21-cv-6607 ) |
| v. | ) Judge Jeremy C. Daniel ) |
| The Partnerships And Unincorporated Associations Identified On Schedule "A", | ) Magistrate Judge Jeffrey I. Cummings ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S MOTION FOR RELEASE OF INJUNCTION BOND**

Plaintiff Shenzhen Dejiayun Network Technology Co. ("Plaintiff" or "Dejiayun") seeks the release of the bond, in the amount of $10,000.00, posted on January 10, 2022 [Doc. 21], pursuant to this Court's Temporary Restraining Order issued on December 20, 2021 [Doc 17] and Preliminary Injunction Order issued on January 24, 2022 [Doc 27]. In support thereof, Plaintiff states:

1. Each Defendant in this case has been resolved either by dismissal, entry of consent judgment, or entry of final judgment by default.

2. There are no pending motions before the Court.

3. This Court has not made any determination that the Temporary Restraining Order or Preliminary Injunction Order were wrongly issued.

4. The preliminary injunction is no longer pending as to any Defendants.

1

5. Based on these premises, Plaintiff requests that the injunction bond funds, including the principal and any accrued interest, be released and made payable to Plaintiff's counsel, Ford Banister IP.

Respectfully Submitted this 30th of July, 2024.

<u>*Lydia Pittaway*</u>
Attorney and Counselor at Law
Fla. Bar No.: 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
lpittaway@fordbanister.com
*Attorney for Plaintiff*

2